UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RANDAL ALAN NAVARRETE,**

    Petitioner,                           Civil No. 2:22-CV-11050
                                              HONORABLE NANCY G. EDMUNDS
v.                                            UNITED STATES DISTRICT JUDGE

**JOHN CHRISTIANSEN,**

    Respondent,
_____/

**JUDGMENT**

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Nancy G. Edmunds, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on July 5, 2023:

    (1) The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.
    (2) A Certificate of Appealability is DENIED.
    (3) Petitioner is DENIED leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan, this 5th, day of July, 2023.

                                                                **KINIKIA ESSIX**
                                                                 **CLERK OF THE COURT**

                                                                 **BY:**  **s/ L. Bartlett**
**APPROVED:**                                                     **DEPUTY CLERK**

**s/ Nancy G. Edmunds**
**HON. NANCY G. EDMUNDS**
**UNITED STATES DISTRICT JUDGE**